**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Central Dover Development Corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-2905779 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 247 Dover Furnace Road | |
| Number   Street | Number   Street |
| | P.O. Box |
| Dover Plains        NY   12522 | |
| City                State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dutchess County | |
| County | Number   Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 1

Debtor   Central Dover Development Corporation                     Case number (if known) _____
         Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   0081

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.   District _____   When _____ (MM/DD/YYYY)   Case number _____
          District _____   When _____ (MM/DD/YYYY)   Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.   Debtor _____   Relationship _____
          District _____   When _____ (MM/DD/YYYY)
          Case number, if known _____

Debtor    Central Dover Development Corporation    Case number (*if known*)_____
_____Name_____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number    Street<br>_____<br>_____<br>City                         State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  Central Dover Development Corporation  
      Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/28/2020  
              MM / DD / YYYY

✘ /s/ Wayne G. Tanner                Wayne G. Tanner  
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Dawn Kirby               Date  05/28/2020  
Signature of attorney for debtor                MM / DD / YYYY

Dawn Kirby  
Printed name  
Kirby Aisner & Curley LLP  
Firm name  
700 Post Road Suite 237  
Number    Street  
Scarsdale        NY        10583  
City                 State       ZIP Code  
(914) 401-9500        dkirby@kacllp.com  
Contact phone             Email address

2733004               NY  
Bar number                 State

**United States Bankruptcy Court**

**IN RE:**                                                                                                                                                            Case No._____

Central Dover Development Corporation
_____ Chapter   11
_____

## **LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Wayne G. Tanner<br>247 Dover Furnace Road, Dover Plains, NY 12522 | 100 | President |

United States Bankruptcy Court
Southern District of New York

In re: Central Dover Development Corporation

Case No.

Chapter   11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   05/28/2020

/s/ Wayne G. Tanner
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

AGA Supply Inc.
Route 22 Dover Village Plaza
Dover Plains, NY 12522

American National Insurance
PO Box 22019
Albany, NY 12201

Chrysler Capital
PO Box 660647
Dallas, TX 75266

Corbally, Gartland & Rappleyea, LLP
Patrick T. Gartland, Esq.
35 Market Street
Poughkeepsie, NY 12601

County of Dutchess
c/o James M. Fedorchak, Esq.
22 Market Street, 5th Floor
Poughkeepsie, NY 12601

Crown LP Gas
29 Charles Street
PO Box 668
Pleasant Valley, NY 12569

Deer & Company
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131

HG Page & Sons, Inc.
360 Manchester Road
Poughkeepsie, NY 12603

Home Depot Credit Svcs/Citibank
Dept. 32-2188943231
PO Box 9001030
Louisville, KY 40290

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
PO Box 6600
Johnston, IA 50131

M&T Bank
PO Box 1345
Buffalo, NY 14240

N&S Supply LLC
205 Old Route 9
Fishkill, NY 12524

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Commissioner of Tax & Finance
WA Harriman Campus
Albany, NY 12226

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYSEG
PO Box 847812
Boston, MA 02284

Orlando Family Hardware Store
PO Box 401
1815 Route 22
Wingdale, NY 12594

Salisbury Bank & Trust Company
5 Bissell Street
PO Box 1868
Lakeville, CT 06039-1868

Sam's Club MC/ SYNCB
PO Box 960016
Orlando, FL 32896

Solar City Corporation
3055 Clearview Way
San Mateo, CA 94402

Wayne G. Tanner
247 Dover Furnace Road
Dover Plains, NY 12522

Wayne Tanner
247 Dover Furnace Road
Dover Plains, NY 12522


Welsh Sanitation
PO Box 1209
Hopewell Junction, NY 12533

# United States Bankruptcy Court

Southern District of New York

In re   Central Dover Development Corporation

Case No. _____

**Debtor**

Chapter  11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ 27,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 525.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)  Dover-Farm Smokehouse LLC

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 05/28/2020 | /s/ Dawn Kirby, 2733004 |
| *Date* | *Signature of Attorney* |
| | Kirby Aisner & Curley LLP |
| | *Name of law firm* |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | (914) 401-9500 |
| | dkirby@kacllp.com |